EDWARD H. KUBO, JR.  (2499)
United States Attorney
District of Hawaii
HARRY YEE  (3790)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-3752
Email:  Harry.Yee@usdoj.gov
Attorneys for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CIVIL 02-00267 DAE BMK |
|---|---|---|
| Petitioner, | ) | |
| | ) | NOTICE OF NO FURTHER ACTION |
| vs. | ) | |
| HERMAN B.K. LEE, | ) | |
| Respondent. | ) | |

NOTICE OF NO FURTHER ACTION

COMES NOW the United States of America, by and through its undersigned attorneys, and hereby notifies the Court that no further action is required in this summons enforcement proceeding.

DATED:  August 6, 2007, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Harry Yee
By_____
  HARRY YEE
  Assistant U.S. Attorney
Attorneys for Petitioner